# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVID JOHNSON, | Case No. ED CV 17-0561 ODW (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STU SHERMAN, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

DATED: June 7, 2017

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE